FILED
MAR 1 7 2021
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 4:21CR186 AGF/NAB |
| | ) |
| STEVEN BELL, | ) |
| | ) |
| Defendant. | ) |

## INDICTMENT

### COUNT 1

The Grand Jury charges that:

On or about February 23, 2021, in the City of St. Louis, within the Eastern District of Missouri, the defendant,

**STEVEN BELL,**

knowingly forcibly assaulted, resisted, apposed, impeded, intimidated, and interfered with J.P., a Drug Enforcement Administration Special Agent, while J.P. was engaged in the performance of official duties; and used a dangerous weapon during the commission of the offense.

All in violation of Title 18, United States Code, Sections 111(a)(1) and 111(b).

### COUNT 2

The Grand Jury further charges that:

On or about February 23, 2021, in the City of St. Louis, within the Eastern District of Missouri, the defendant,

1

**STEVEN BELL,**

knowingly and intentionally possessed 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

## COUNT 3

The Grand Jury further charges that:

On or about February 23, 2021, in the City of St. Louis, within the Eastern District of Missouri, the defendant,

**STEVEN BELL,**

knowingly possessed a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with the intent to distribute a controlled substance; in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 4

The Grand Jury further charges that:

On or about February 23, 2021, in the City of St. Louis, within the Eastern District of Missouri, the defendant,

**STEVEN BELL,**

knowingly having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed one or more firearms, said firearms having been shipped and

transported in interstate commerce; in violation of Title 18, United States Code, Sections 922(g) and 924(a)(2).

                                                A TRUE BILL.

                                                _____

                                                FOREPERSON

SAYLER A. FLEMING  
United States Attorney

_____  
JEANNETTE S. GRAVISS, #44483MO  
Assistant United States Attorney

3