

# U.S. Department of Justice

United States Attorney
Eastern District of Missouri

*Organized Crime Drug Enforcement Task Force*

---

| | | |
|---|---|---|
| *Jeannette S. Graviss*<br>*Assistant United States Attorney* | *Thomas Eagleton U.S. Courthouse*<br>*111 S. 10th Street, Rm. 20.333*<br>*St. Louis, MO  63102* | OFFICE:  314-539-2200<br>DIRECT: 314-539-7716<br>FAX: 314-539-2312<br>*jeannette.graviss@usdoj.gov* |

August 25, 2021

Mr. Gregory J. Linhares
U.S. District Court Clerk
111 South 10th Street, 3rd Floor
St. Louis, MO 63102

    Re:    <u>United States v. Steven Bell et al.</u>
             Cause No. **S1-4:21-CR-00186-AGF (NAB)**

Dear Mr. Linhares:

    The superseding indictment returned by the Grand Jury in the above-captioned case on August 11, 2021, was ordered suppressed pending the apprehension of the defendants named therein.

    The defendants have now been apprehended.  Therefore, it is directed that the suppression order of this indictment be lifted.

                             Very truly yours,

                             SAYLER A. FLEMING

                             United States Attorney

                             <u>*/s/ Jeannette S. Graviss*</u>
                             JEANNETTE S. GRAVISS, #44483MO
                             Assistant United States Attorney

JSG/sdw