UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. S2-4:21CR00186 AGF (NAB) |
| | ) | |
| DARRIUS MCCULLUM, et. al. | ) | |
| | ) | |
| Defendants. | ) | |

**GOVERNMENT'S DISCLOSURE OF ARGUABLY SUPPRESSIBLE EVIDENCE
PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 12(b)(4)**

Comes now the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Jeannette S. Graviss, Assistant United States Attorney for said District, and makes the following disclosures pursuant to Rule 12(b)(4) of the Federal Rules of Criminal Procedure:

At trial, the government intends to use evidence seized and statements made by the defendants during the events described below.  This evidence and these statements are more fully set forth in investigative reports which have been made available to the defendants.  In presenting this list of events to the defendant, the government in no way concedes that the defendant has standing to challenge every event listed.

The government has not included in its listing of events the physical surveillance that occurred or any photographs or videotapes taken during surveillance during the course of the investigation.  Additionally, the government has not listed any records obtained by subpoena.  It is the government's position that these events are not subject to suppression.

1

| DATE | EVENT | DEFENDANT |
|---|---|---|
| 5/15/2019 | Controlled buy of cocaine base (crack) from Cornelius Spearman | Cornelius Spearman |
| 9/10/2020 | Controlled buy of methamphetamine from Steven Bell [Exhibits 1 and N-1] | Steven Bell |
| 9/17/2020 | Precision Location Warrant (314) 723-0073 | Steven Bell |
| 9/22/2020 | Controlled buy of methamphetamine from Steven Bell [Exhibits 2 and N-2] | Steven Bell |
| 11/30/2020 | Controlled buy of methamphetamine from Steven Bell [Exhibits 4, N-5 and N-6] | Steven Bell |
| 12/7/2020 | Precision Location Warrant (314) 723-0073 | Steven Bell |
| 1/18/2021 | Installation of GPS on white Ford F-150 | Steven Bell |
| 1/22/2021 | Title III (314) 723-0073 (Target Telephone #1) | Steven Bell<br>Lethem Thompson-Bey<br>Santana Ball<br>Irma Jara<br>Cornelius Spearman<br>Demarko Cody |
| 2/2/2021 | Precision Location Warrant (314) 356-1335 | Cornelius Spearman |
| 2/3/2021 | Precision Location Warrant (573) 234-0605 | Santana Ball |
| 2/3/2021 | Precision Location Warrant (314) 305-1930 | Demarko Cody |
| 2/6/2021 | Installation of GPS on 2019 Mazda 3 | Steven Bell |
| 2/12/2021 | Title III (314) 305-1930 | Demarko Cody<br>Cornelius Spearman |
| 2/18/2021 | Precision Location Warrant (573) 554-6067 | Lethem Thompson-Bey |
| 2/18/2021 | Traffic stop and seizure of methamphetamine [Exhibit 7] | Irma Jara |
| 2/19/2021 | Traffic stop and seizure of narcotics [Exhibit 8] | Timothy Hill<br>Adam Fleck |
| 2/19/2021 | Statement of Adam Fleck | Adam Fleck |

| 2/19/2021 | Statement of Timothy Hill | Timothy Hill |
|-----------|----------------------------|--------------|
| 2/19/2021 | Search of 760 Erika Drive, O'Fallon, Illinois and seizure of two firearms [Exhibits N-10, N-11, N-20] | Demarko Cody |
| 2/19/2021 | Search of 3129 Samuel Shepard Drive, St. Louis, Missouri and seizure of narcotics [Exhibits 9, 10, 11] | Demarko Cody |
| 2/19/2021 | Statement of Demarko Cody | Demarko Cody |
| 2/19/2021 | Search of cellular telephone bearing the number (314) 305-1930 [Exhibits N-20, N-26] | Demarko Cody |
| 2/19/2021 | Seizure (and later search) of LG Cell Phone [Exhibits N-20, N-24] | Demarko Cody |
| 2/23/2021 | Seizure of a firearm, drug paraphernalia, and narcotics from Steven Bell during a search incident to arrest [Exhibit 14, 16, N-12, N-15, | Steven Bell |
| 2/23/2021 | Search of Steven Bell's car and seizure of a gun case containing methamphetamine, marijuana, and a magazine containing 20 rounds of ammunition [Exhibits 12, 13, 15, N-13, N-14] | Steven Bell |
| 2/23/2021 | Statement of Steven Bell at 777 River City Casino Blvd. | Steven Bell |
| 2/23/2021 | Search of 1019 North Skinker Parkway, Apartment 109, St. Louis, Missouri and seizure of two firearms, magazines, ammunition, methamphetamine and other items [Exhibit 17, N-16, N-17] | Steven Bell |
| 2/23/2021 | Seizure of cellular telephones from Steven Bell [Exhibit N-33] | Steven Bell |
| 2/23/2021 | Search of cellular telephone bearing the number (314) 723-0073 [Exhibit N-25] | Steven Bell |
| 2/23/2021 | Interview of Steven Bell at the St. Ann Police Department | Steven Bell |
| 2/24/2021 | Interview of Steven Bell | Steven Bell |
| 2/24/2021 | Renewal TIII (314) 723-0073 (Target Telephone #1) [Exhibits N-18, N-18a, and N-19] | Steven Bell<br>Irma Jara<br>Cornelius Spearman |
| 3/2/2021 | Precision Location Warrant (314) 337-8009 | Unknown |
| 3/11/2021 | Title III (573) 554-6067 | Lethem Thompson-Bey<br>Eric Williams |
| 3/14/2021 | Interview of Lethem Thompson-Bey [Exhibit N-29] | Lethem Thompson-Bey |

| 3/14/2021 | Search of cellular telephones [Exhibit N-29] | Lethem Thonpson-Bey |
|---|---|---|
| 3/24/2021 | Precision Location Warrant (248) 983-6888 | Eric Williams |
| 3/24/2021 | Precision Location Warrant (859) 953-2388 | Eric Williams |
| 3/26/2021 | Recorded controlled purchase [Exhibits 19, N-34 and N-35] from John Mallott | John Mallott |
| 4/12/2021 | Title III (859) 953-2388 and (248) 983-6888 | Darius McCullum<br>Eric Williams<br>Ashley Gibson<br>Montash Jackson<br>Deson Jones<br>Kamauri Kennedy<br>Miranda Jones<br>Jasmine Taylor<br>Haley Mason<br>Savannah Sims |
| 4/20/2021 | Precision Location Warrant (859) 457-4000 | Miranda Jones |
| 4/20/2021 | Precision Location Warrant (313) 717-0074 | Deson Jones |
| 4/20/2021 | Search warrant for and seizure of United States Postal Service package containing methamphetamine [Exhibit 21] | Darius McCullum<br>Eric Williams |
| 4/20/2021 | Precision Location Warrant (602) 731-1269 | Darius McCullum |
| 4/22/2021 | Seizure of $65,250 from Haley Mason at the Cincinnati/Northern Kentucky Airport | Haley Mason |
| 4/23/2021 | Precision Location Warrant (734) 507-0055 | Eric Williams |
| 4/23/2021 | Precision Location Warrant (586) 944-9219 | Eric Williams |
| 4/27/2021 | Recorded controlled purchase [Exhibit N-37] of methamphetamine [Exhibit 20] from John Mallott | John Mallott |
| 5/4/2021 | Search warrant for and seizure of United States Postal Service package containing methamphetamine [Exhibit 22] | Darius McCullum<br>Eric Williams |
| 5/6/2021 | Precision Location Warrant First Extension (248) 983-6888 | Eric Williams |
| 5/10/2021 | Title III (859) 953-2388, (248) 983-6888, (602) 731-1269 | Darius McCullum<br>Eric Williams |

|  |  | Ashley Gibson Montash Jackson Deson Jones Kamauri Kennedy Miranda Jones Jasmine Taylor Haley Mason Savannah Sims |
|---|---|---|
| 5/12/2021 | Precision Location Warrant (701) 818-1164 | No Defendants |
| 5/17/2021 | Recorded controlled purchase [Exhibits N-70 and N-76] of fentanyl [Exhibit 9] from Bradley St. Claire | No Defendants |
| 5/17/2021 | Recorded controlled purchase [Exhibits N-39 and N-40] or methamphetamine [Exhibit 23] from John Mallott | John Mallott |
| 5/24/2021 | Arrest of Deson Jones and seizure of oxycodone and $10,729 cash | Deson Jones |
| 5/24/2021 | Traffic stop and arrest of Miranda Jones and seizure of narcotics [Exhibits 25, 26, 27] | Miranda Jones |
| 5/25/2021 | Interview of Miranda Jones | Miranda Jones |
| 5/25/2021 | Precision Location Warrant (310) 386-6750 | Darius McCullum |
| 5/26/2021 | Search warrant executed at 4510 South Compton Avenue, St. Louis, Missouri; methamphetamine [Exhibit 24] seized | Michael Mason |
| 6/4/2021 | Precision Location Warrant (313) 401-5208 | Unknown |
| 6/9/2021 | Precision Location Warrant (313) 929-7718 | Eric Williams |
| 6/11/2021 | Precision Location Warrant (213) 789-1630 | Darius McCullum |
| 6/24/2021 | Title III (313) 929-7718, (213) 789-1630 | Darius McCullum Eric Williams Ashley Gibson Montash Jackson Deson Jones Kamauri Kennedy Jasmine Taylor Haley Mason Savannah Sims |
| 6/25/2021 | Pen Register and Trap and Trace (248) 983-6888 | Eric Williams |

| | | |
|---|---|---|
| 6/30/2021 | Title III (248) 983-6888 | Darius McCullum<br>Eric Williams<br>Ashley Gibson<br>Montash Jackson<br>Deson Jones<br>Kamauri Kennedy<br>Jasmine Taylor<br>Haley Mason<br>Savannah Sims |
| 7/8/2021 | Precision Location Warrant (313) 459-7543 | Jasmine Taylor |
| 7/14/2021 | Traffic stop of Jasmine Taylor and seizure of 660 bottles of Promethazine [Exhibits 28, 28a, 29, 29a] | Jasmine Taylor |
| 7/14/2021 | Seizure of $25,000 from Savannah Sims | Savannah Sims |
| 7/21/2021 | Precision Location Warrant First Extension (213) 789-1630 | Darius McCullum |
| 7/21/2021 | Precision Location Warrant First Extension (313) 929-7718 | Darius McCullum |
| 8/25/2021 | Search warrant executed at 4632 West 18th Street, Los Angeles, California and firearms, magazines, jewelry, marijuana, and other items seized  [Exhibits N-54 to N-70] | Darius McCullum |
| 8/25/2021 | Search warrant executed at 5780 Stoney Place S. Shelby Township, Michigan and marijuana, cash, jewelry and other items seized [Exhibits 30, N-50, N-51, N-52, N-52b, N-72] | Eric Williams |
| 8/25/2021 | Interview of Eric Williams [Exhibit N-72] | Eric Williams |
| 9/7/2021 | Cellebrite extraction from iPhone Pro bearing the telephone number (313) 929-7718 | Darius McCullum |
| 9/7/2021 | Cellebrite extraction from iPhone Pro bearing the telephone number (313) 690-5756 | Eric Williams |

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney


*s/Jeannette S. Graviss*
JEANNETTE S. GRAVISS, #44483MO
Assistant United States Attorney
111 South 10th Street, Room 20.33
St. Louis, MO 63102
(314) 539-2200


## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2021, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.


*s/Jeannette S. Graviss*
JEANNETTE S. GRAVISS, #44483MO
Assistant United States Attorney